AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Dec 08, 2020**

SEAN F. McAVOY, CLERK

GEORGE RAPP, individually,

*Plaintiff*

v.

FRANKLIN COUNTY, a Municipal Corporation; and
FRANKLIN COUNTY SHERIFF JIM RAYMOND, in
his individual and official capacity,

*Defendant*

Civil Action No.  4:19-CV-05150-SAB

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:  Plaintiff's Motion for Partial Summary Judgment Re: Declaratory Relief, ECF No. 90, is GRANTED.

A declaratory judgment is entered as follows:
a. "Reinstatement" under the arbitrator's order means "return to the position from which Plaintiff was terminated without just cause";
b. Defendants did not comply with the arbitrator's order when they ordered Plaintiff to return a position that was different from the one from which he was wrongfully terminated; and
c. Plaintiff is entitled to all rights under the Deputy's Collective Bargaining Agreement, including all benefits afforded to deputies covered by the Collective Bargaining Agreement.

☑ decided by Judge  Stanley A. Bastian  on a motion for  Partial Summary Judgment Re: Declaratory Relief, ECF No. 90.

Date:  12/8/2020

*CLERK OF COURT*

SEAN F. McAVOY

s/ Lennie Rasmussen
*(By) Deputy Clerk*

Lennie Rasmussen